**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERESY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. ~~11-3211~~ (PS) |
| | : | Crim. No. 13- 292 (DMC) |
| v. | : | |
| | : | |
| ALEXI LOPEZ-LAROSA, | : | **CONSENT ORDER** |
| | : | |
| Defendant. | : | |
| | : | |

      **THIS MATTER** having been opened to the Court by the defendant Alexi Lopez-LaRosa (Howard B. Brownstein, Esq., appearing), seeking a modification from the bail conditions from Home Detention with electronic monitoring to allow for a Curfew with electronic monitoring on Saturdays and Sundays, with hours to be approved by Pretrial Services, to allow the defendant to attend events with his daughters, and Home Detention with electronic monitoring in all other respects to remain in effect; this application having been approved by U.S. Pretrial Services Officer Kelly Fernandes; and Paul J. Fishman, United States Attorney for the District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney, appearing), having no objection; and for good cause shown;

      **IT IS** on this  30  day of April, 2013,

      **ORDERED** that the bail conditions for defendant Alexi Lopez-LaRosa that were set on December 5, 2011 (Mag. No. 11-3211, Dkt. No. 41), shall be modified to allow for a Curfew with electronic monitoring on Saturdays and Sundays, with hours to be approved by Pretrial Services, to allow the defendant to attend events with his daughters; and it is further

      **ORDERED** that all other conditions of bail will remain the same.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

AGREED AND CONSENTED TO BY:

_____
HOWARD B. BROWNSTEIN, ESQ.
Counsel for defendant Alexi Lopez-LaRosa

_____
ANH H. YOON
Assistant U.S. Attorney